UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KENTREAL JARBAR HOWARD** | : | **DOCKET NO. 2:21-cv-2276**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **KEITH COOLEY** | : | **MAGISTRATE JUDGE KAY** |

### ORDER

*Pro se* Petitioner Kentreal Jarbar Howard ("Howard") filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 on August 2, 2021. Doc. 1. The petition was denied and dismissed with prejudice on December 2, 2022. Doc. 6. Howard filed a Motion for Certificate of Appealability on December 14, 2022 (doc. 36), which was denied on December 14, 2022, because he did not make a substantial showing of the denial of a constitutional right (doc. 37). Howard filed an undated Notice of Appeal in this Court, which was stamped on January 12, 2023. Doc. 40.

Under the prison mailbox rule, a pro se prisoner's pleading is considered filed when the document is placed in the prison mailing system. *See Medley v. Thaler*, 660 F.3d 833, 835 (5th Cir. 2011). Noting that the final day for filing a timely notice of appeal was January 3, 2023, the United States Fifth Circuit remanded the case for this Court to determine whether Howard timely delivered the notice of appeal to prison officials for mailing. Doc. 49.

In accordance with the instructions from the Fifth Circuit, and in order for this Court to determine whether the notice of appeal was timely filed, Howard must provide this Court with evidence—such as prison mail logs or affidavits—to show the date on which he tendered the notice of appeal to prison officials for mailing.

**IT IS ORDERED** that, within 30 days of the date of this Order, Howard shall provide this Court with evidence demonstrating the date on which he tendered the notice of appeal to prison officials for mailing.

**THUS DONE AND SIGNED** in Chambers this 28th day of February, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**