UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**KENTREAL JARBAR HOWARD #448329**   **CASE NO.  2:21-CV-02276 SEC P**

**VERSUS**   **JUDGE JAMES D. CAIN, JR.**

**KEITH COOLEY ET AL**   **MAGISTRATE JUDGE KAY**

**MEMORANDUM ORDER**

The Magistrate Judge has issued a Report and Recommendation (Doc. 57), which finds that Petitioner's Notice of Appeal was untimely filed and further recommends that the Court order the Clerk of Court return this case to the United States Court of Appeal for the Fifth Circuit. However, based on the motions containing addition information, filed by Petitioner before and after the Report and Recommendation,[1] the Court is inclined to grant Petitioner an extension for filing the Notice of Appeal (Doc. 40). Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 57) is adopted, however, Petitioner is granted an extension to file his otherwise untimely Notice of Appeal (Doc. 40) and this matter is to be returned to the United States Court of Appeal for the Fifth Circuit for appropriate action.

**IT IS FURTHER ORDERED** that Petitioner's Certificate of Appealability is **DENIED.**

---

[1] See Docs. 55, and 58.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Clarify (Doc. 55) is now **MOOT** and Motion for Clarification (Doc. 58) is now **MOOT.**

**THUS DONE AND SIGNED** in Chambers on this 19th day of April, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**